In the Matter of JAMES R. ELLIS, as President of the Yonkers Committee for Peace, an Unincorporated Association, Appellant, against WILLIAM DIXON, JR., et al., as Members of the Board of Education of the City of Yonkers, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 987.]

THERESA B. LAVELLE, Appellant, v. JOHN A. LAVELLE, Respondent.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, with $10 costs. Present — Carswell, Wenzel, Schmidt and Beldock, JJ.; Nolan, P. J., not voting. [See *ante*, p. 988.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO BROWN, Appellant.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied. Present — Carswell, Adel, MacCrate and Schmidt, JJ.; Nolan, P. J., not voting. [See *ante*, pp. 750, 886.]

SAN MARCO REALTY CORP., Respondent, v. ARIN SPEVACK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [203 Misc. 634.]

STATE TAX COMMISSION, Respondent, v. PAUL G. SINGER et al., Appellants.— Motion by taxpayers to stay the State Tax Commission of the State of New York from taking any proceedings for the collection of income tax deficiencies, in respect of which warrants have been filed in accordance with section 380 of the Tax Law. No application for revision or demand for a hearing has been made, as provided in sections 374 and 375 of the Tax Law. A stay is sought pending the determination of an appeal from an order granting a motion by the Tax Commission to vacate an undertaking tendered by appellants. Motion denied, without costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

EDWIN G. HALLORAN, Respondent, et al., Plaintiffs, v. DONALD F. O'BRIEN et al., Individually and Doing Business as Holliswood Nursing Home, Appellants.— In an action wherein plaintiff Edwin G. Halloran sues for breach of contract of employment, and plaintiff Alice Halloran sues for the reasonable value of work, labor and services, defendants counterclaimed against the plaintiff Edwin for damages arising out of alleged malfeasance and neglect of duty in such employment. Defendants appeal from an order denying their motion for judgment on their counterclaim against plaintiff Edwin for his failure to reply thereto, and granting leave to said plaintiff to interpose a reply to the counterclaim. Order affirmed, without costs. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ., concur.